# ELECTRONIC RECORD

COA # 10-13-00278-CR

OFFENSE: Aggravated Robbery

STYLE: Norris Wayne Smith v. The State of Texas

COUNTY: McLennan

TRIAL COURT: 54th District Court

_____ MOTION

TRIAL COURT #: 2011-2407-C2

FOR REHEARING IS: _____

TRIAL COURT JUDGE: Hon. Matt Johnson

DATE: _____

DISPOSITION: AFFIRMED

JUDGE: _____

DATE: September 18, 2014

JUSTICE: Scoggins          PC ____ S  YES

PUBLISH: _____        DNP:  YES _____

CLK RECORD:   9/18/2013 - 1 volume        SUPP CLK RECORD: _____
RPT RECORD:   1/3/2014                     SUPP RPT RECORD: _____
STATE BR:     6/11/2014                    SUPP BR: _____
APP BR:       4/14/2014                    PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # __1434-14__

____APPELLANT'S__ Petition

Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

____REFUSED____

JUDGE: _____

DATE: __12/10/2014__

SIGNED: _____    PC: _____

JUDGE: __Per Curiam__

PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____